# Third District Court of Appeal

## State of Florida

Opinion filed September 7, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0801
Lower Tribunal No. 13-36250
_____

**Bath Club Entertainment, LLC,**
Appellant,

vs.

**The Residences at the Bath Club Maintenance Association, Inc., et al.,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Armstrong Teasdale LLP, and Glen H. Waldman, and Marlon Weiss, for appellant.

Kluger, Kaplan, Silverman, Katzen & Levine, P.L., and Alan J. Kluger, and Steve I. Silverman, and Becky N. Saka, and Yasbel Perez, and Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., and Eugene E. Stearns, and Albert D. Lichy, for appellees.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed.